# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4523
_____

RUSSELL MALONEY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


February 20, 2019


PER CURIAM.

DISMISSED as untimely.  *See* Fla. R. App. P. 9.100(c)(1).

BILBREY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Russell Maloney, pro se, Petitioner.

Ashley B. Moody, Attorney General, Tallahassee, for Respondent.